IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JANICE DAUGHARTY and SEWARD DAUGHARTY,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION as receiver for Park Avenue Bank,<br><br>    Defendant. | Civil Action 7:12-cv-49 (HL) |

### ORDER

The Court held a telephone conference call in this case on January 23, 2013. During the call, the parties requested an additional sixty days for discovery. The Court granted the parties request and agreed to extend all relevant deadlines. The amended discovery deadline is March 25, 2013. The deadline to add parties or amend the pleadings is February 22, 2013. Daubert motions are due on April 23, 2013 and dispositive motions are due on May 8, 2013. No further extensions will be granted absent extenuating circumstances.

**SO ORDERED**, this 24th day of January, 2013.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr